## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

TINA MARIE WEBB,
      **Plaintiff,**

vs.                 5:22-CV-15 (MAD)

COMMISSIONER OF SOCIAL SECURITY,
      **Defendant.**

---

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Commissioner's decision denying Plaintiff benefits is **AFFIRMED**; and the Court further **ORDERS** that Plaintiff's complaint is **DISMISSED**; and the Court further **ORDERS** that the Clerk of Court shall enter judgment in Defendant's favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 10th day of January, 2023.

DATED: January 10, 2023

*[signature]*
Clerk of Court

s/Britney Norton
Britney Norton
Deputy Clerk